JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINA BRACE, | ) | CASE NO. CV 09-6011-MMM(FMOx) |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | ORDER DISMISSING CIVIL ACTION |
| AIS SERVICES, LLC, | ) ) ) | |
| Defendant(s). | ) ) ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that the this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The clerk's entry of default of AIS Services, LLC, entered on November 12, 2009, is hereby vacated.

DATED: November 23, 2009

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE